IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH EVANS, #0300706,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0313-CG-C |
| | ) |
| **NOAH OLIVER,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that petitioner's habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED WITHOUT PREJUDICE** due to his failure to exhaust all available state court remedies. Evans is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 7th day of August, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE